# Marcy LaHart

| | |
|---|---|
| **From:** | Hearing Examiner <hex@leegov.com> |
| **Sent:** | Friday, November 1, 2019 2:05 PM |
| **To:** | Marcy LaHart |
| **Cc:** | Adams, Joseph; Jacob, Michael; Boone, Tina; Schaefer, Lauren; Paschall, David; James, Kathy; Jackson, Sarah; Weigel, Zsuzsanna; Wesch, Richard; Fraser, Andrea |
| **Subject:** | RE: [EXTERNAL] RE: VIO2019-04603 Karen Jean Morris |

Good Afternoon Ms. LaHart:

The case will be heard on Monday, November 4, 2019, at 1:30 p.m., as scheduled.


Sincerely,

Linda M. Waters
Administrative Specialist, Senior
Hearing Examiner's Office
1500 Monroe Street
P.O. Box 398
Fort Myers, Florida  33902
Phone (239)533-8100
email waterslm@leegov.com

PLEASE NOTE: Florida has a very broad public records law. Most written communications to or from County Employees and officials regarding County business are public records available to the public and media upon request. Your email communication may be subject to public disclosure. Under Florida law, e-mail addresses are public records. If you do not want your email address released in response to a public records request, do not send electronic mail to this entity. Instead, contact this office by phone or in writing.

**Please note our general office email address:  hex@leegov.com**


**From:** Adams, Joseph <JADAMS@leegov.com>
**Sent:** Friday, November 1, 2019 9:34 AM
**To:** Hearing Examiner <hex@leegov.com>; Jacob, Michael <MJacob@leegov.com>; Boone, Tina <TBoone@leegov.com>; Schaefer, Lauren <LSchaefer@leegov.com>; Paschall, David <DPaschall@leegov.com>; James, Kathy <KJames@leegov.com>; Jackson, Sarah <SJackson2@leegov.com>; Weigel, Zsuzsanna <ZWeigel@leegov.com>; Wesch, Richard <RWesch@leegov.com>; Fraser, Andrea <AFraser@leegov.com>
**Cc:** Marcy LaHart <marcy@floridaanimallawyer.com>
**Subject:** RE: [EXTERNAL] RE: VIO2019-04603 Karen Jean Morris

Good morning.

The Petitioner does not agree with the request.

1

Joseph A. Adams
Assistant County Attorney
Lee County Attorney's Office
(239) 533-2236 (telephone)
(239) 485-2106 (facsimile)
JAdams@leegov.com

---

**From:** Hearing Examiner <hex@leegov.com>
**Sent:** Friday, November 1, 2019 8:41 AM
**To:** Jacob, Michael <MJacob@leegov.com>; Adams, Joseph <JADAMS@leegov.com>; Boone, Tina <TBoone@leegov.com>; Schaefer, Lauren <LSchaefer@leegov.com>; Paschall, David <DPaschall@leegov.com>; James, Kathy <KJames@leegov.com>; Jackson, Sarah <SJackson2@leegov.com>; Weigel, Zsuzsanna <ZWeigel@leegov.com>
**Cc:** Marcy LaHart <marcy@floridaanimallawyer.com>
**Subject:** FW: [EXTERNAL] RE: VIO2019-04603 Karen Jean Morris

Good Morning:

Does the Petitioner agree with the request in the email below and suggest a continuance date?

Please advise and I will provide Mr. Jones with the copy and your response.

Sincerely,

Linda M. Waters
Administrative Specialist, Senior
Hearing Examiner's Office
1500 Monroe Street
P.O. Box 398
Fort Myers, Florida 33902
Phone (239)533-8100
email waterslm@leegov.com

PLEASE NOTE: Florida has a very broad public records law. Most written communications to or from County Employees and officials regarding County business are public records available to the public and media upon request. Your email communication may be subject to public disclosure. Under Florida law, e-mail addresses are public records. If you do not want your email address released in response to a public records request, do not send electronic mail to this entity. Instead, contact this office by phone or in writing.

**Please note our general office email address: hex@leegov.com**

---

**From:** Marcy LaHart <marcy@floridaanimallawyer.com>
**Sent:** Thursday, October 31, 2019 11:05 PM
**To:** Hearing Examiner <hex@leegov.com>
**Cc:** Adams, Joseph <JADAMS@leegov.com>; Boone, Tina <TBoone@leegov.com>; Paschall, David <DPaschall@leegov.com>; James, Kathy <KJames@leegov.com>; Jackson, Sarah <SJackson2@leegov.com>
**Subject:** [EXTERNAL] RE: VIO2019-04603 Karen Jean Morris

Thanks- here are the complaint and exhibits filed in federal court on behalf of Ms. Morris. Please advise if the County will stay/abate the code enforcement case until this federal case is resolved.

Marcy I. LaHart PA
207 SE Tuscawila Rd
Micanopy, FL 32667
(352) 545-7001
Fax 888-400-1464

**From:** Hearing Examiner <hex@leegov.com>
**Sent:** Monday, October 28, 2019 11:56 AM
**To:** Marcy LaHart <marcy@floridaanimallawyer.com>
**Cc:** Adams, Joseph <JADAMS@leegov.com>; Boone, Tina <TBoone@leegov.com>; Paschall, David <DPaschall@leegov.com>; James, Kathy <KJames@leegov.com>; Jackson, Sarah <SJackson2@leegov.com>
**Subject:** FW: VIO2019-04603 Karen Jean Morris

Good Morning Ms. LaHart:

Attached is the memo provided by the County Attorney's Office.

Sincerely,

Linda M. Waters
Administrative Specialist, Senior
Hearing Examiner's Office
1500 Monroe Street
P.O. Box 398
Fort Myers, Florida  33902
Phone (239)533-8100
email waterslm@leegov.com

PLEASE NOTE: Florida has a very broad public records law. Most written communications to or from County Employees and officials regarding County business are public records available to the public and media upon request. Your email communication may be subject to public disclosure. Under Florida law, e-mail addresses are public records. If you do not want your email address released in response to a public records request, do not send electronic mail to this entity. Instead, contact this office by phone or in writing.

**Please note our general office email address:  hex@leegov.com**

**From:** Boone, Tina <TBoone@leegov.com>
**Sent:** Friday, October 25, 2019 11:55 AM
**To:** Hearing Examiner <hex@leegov.com>
**Cc:** Adams, Joseph <JADAMS@leegov.com>
**Subject:** VIO2019-04603 Karen Jean Morris

In accordance with the Hearing Examiner's Order Granting Continuance for VIO2019-04603, ordered Septeber 30, 2019, please see attached Memorandum from the Office of the County Attorney.

Tina Boone
Legal Administrative Specialist, Senior
Lee County Attorney's Office
tboone@leegov.com
Phone: 239-533-2236
Fax:     239-485-2106

---

Please note: Florida has a very broad public records law. Most written communications to or from County Employees and officials regarding County business are public records available to the public and media upon request. Your email communication may be subject to public disclosure.

Under Florida law, email addresses are public records. If you do not want your email address released in response to a public records request, do not send electronic mail to this entity. Instead, contact this office by phone or in writing.