```
              UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF FLORIDA
                  FORT MYERS DIVISION
```

KAREN MORRIS,

      Plaintiff,

vs.

LEE COUNTY and SUNSHINE                 Case No. 19-cv-00790
MOBILE VILLAGE RESIDENTS
ASSOCIATION, INC.,

      Defendants.

### DECLARATION OF DR. TARIQ HALIM

Pursuant to 28 U.S.C. § 1746, DR. TARIQ HALIM declares as follows:

1. My name is DR. TARIQ HALIM.

2. I am over the age of 18 and legally competent to give attestations herein. I have personal knowledge of the matters set forth herein.

3. I am an American Board of Psychiatry and Neurology Certified General Psychiatrist licensed by the state of Florida.

4. Karen Morris has been my patient since December of 2013.

5. As Ms. Morris's psychiatrist for almost six years, I can attest that Ms. Morris is legitimately disabled and not feigning mental illness to circumvent the pet restriction.

    Ms. Morris is diagnosed with Major Depressive Disorder, Panic Disorder, Social Phobia, Post Traumatic Stress Disorder, and Attention Deficit Hyperactivity Disorder.

6. Ms. Morris's psychiatric conditions require treatment with medication management and psychotherapeutic interventions to improve her ability to complete basic and instrumental activities of daily living.

7. In my professional opinion, Ms. Morris's living with her four hens is a form of psychotherapeutic intervention since it is beneficial to her mental health and level of daily functioning. Being surrounded by and caring for her hens boosts her depressed mood. Ms. Morris prepares and eats healthy meals that she shares with her emotional support animals, something she would not otherwise be motivated to do because of her depression. Ms. Morris has battled periods of severe insomnia and having the hens close to her when she sleeps is very comforting and helps her to relax and fall asleep. The animals are sensitive to her moods and will literally comfort her by snuggling close to her when she is feeling depressed. They also have a calming influence when she is anxious.

8. Ms. Morris's chickens are emotional support animals because they help alleviate the symptoms of her depression and anxiety.

9. In my professional opinion, being separated from her emotional support animals would be highly detrimental to Ms. Morris's emotional and physical well-being. The ability to live with her emotional support animals is necessary for Ms. Morris in order to have the same opportunity to enjoy her dwelling as any non-disabled person.

10. In my professional opinion, disruption of or to Ms. Morris's home is also extremely detrimental to her emotional and physical well-being. She needs stability in her environment in order to have the same opportunity to enjoy her dwelling as any non-disabled person.

11. I have been offered no inducement to sign or submit this Declaration.

12. I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 26th day of November, 2019.

_____
Tariq Halim, MD